**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Cinnamon Ridge Condominium Association,
Inc.,

           Plaintiff,

v.

State Farm Fire and Casualty Company,

           Defendant.

Case No. 3:22-CV-00118

JUDGE THOMAS ROSE

---

### MOTION TO COMPEL APPRAISAL AND STAY LITIGATION

---

Plaintiff Cinnamon Ridge Condominium Association, Inc. will bring a motion to compel appraisal and stay litigation, pursuant to Ohio Rev. Code § 2721.03, and in accordance with the terms of the insurance policy at issue. This motion is based upon the files, records, and proceedings herein and on the forthcoming memoranda and affidavits to be filed in accordance with the Federal Rules of Civil Procedure and Local Rules for the Southern District of Ohio.

Respectfully submitted,

Date: <u>August 30, 2022</u>

<u>/s/ Anthony A. Remick</u>
SMITH JADIN JOHNSON, PLLC
Anthony A. Remick
Ohio Bar No.: 100812
Timothy D. Johnson
Ohio Bar No. 98515
7900 Xerxes Avenue, Suite 2020
Bloomington, MN 55431
Telephone: (952) 388-0289
Facsimile: (612) 235-7927
aremick@sjjlawfirm.com
tjohnson@sjjlawfirm.com
**ATTORNEYS FOR PLAINTIFF**

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned certifies that on this 30th day of August, 2022, a copy of the foregoing Motion to Compel Appraisal was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record:

Lori E. Thomson (0083739)
Gallagher, Gams, Tallan, Barnes & Littrell, LLP
471 East Broad St., 19th Floor
Columbus, OH 43215-3872
kthomson@ggtbl.com
*Attorney for Defendant*

<u>/s/ *Anthony A. Remick*</u>
Anthony A. Remick (100812)