UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CINNAMON RIDGE CONDOMINIUM ASSOCIATION, INC., | : | Case No. 3:22-cv-118 |
| Plaintiff, | : : : | District Judge Thomas M. Rose |
| vs. | : : | Magistrate Judge Peter B. Silvain, Jr. |
| STATE FARM FIRE & CASUALTY COMPANY, | : : : | |
| Defendant. | : | |

# ORDER

This case is currently before the Court upon Plaintiff Cinnamon Ridge Condominium Association, Inc.'s Motion to Compel Appraisal and Stay Litigation (Doc. #7) and Memorandum of Law in Support (Doc. #8); Defendant State Farm Fire and Casualty Company's Memorandum in Opposition (Doc. #9); and Plaintiff's Reply (Doc. #10). Additionally, the undersigned held a teleconference with the parties on February 14, 2023.

As discussed in further detail during the teleconference, Plaintiff's Motion to Compel Appraisal and Stay Litigation (Doc. #7) is **GRANTED**. The appraisals should separately calculate and identify disputed costs—including damaged property as well as undamaged property whose replacement Plaintiff may claim if necessary for appearance purposes—so that the Court can either include or exclude them once it has determined whether the policy provides coverage for them.

Furthermore, this litigation is **STAYED** until a full appraisal occurs. The parties shall jointly file a short, one-page status report every thirty days until this appraisal is complete. Upon

its completion, the parties shall promptly notify the Court as to whether any live dispute remains in this case.

    **IT IS SO ORDERED.**

February 14, 2023                                  *s/Peter B. Silvain, Jr.*
                                                                                  Peter B. Silvain, Jr.
                                                                                  United States Magistrate Judge