# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CINNAMON RIDGE CONDOMINIUM ASSOCIATION, INC., | : | Case No. 3:22-cv-118 |
| | : | |
| Plaintiff, | : | |
| | : | District Judge Thomas M. Rose |
| vs. | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| STATE FARM FIRE & CASUALTY COMPANY, | : | |
| | : | |
| Defendant. | : | |

# ORDER

On February 14, 2023, the undersigned granted Plaintiff's Motion to Compel Appraisal and Stay Litigation. (Doc. #11). The parties shall complete the appraisal by **April 28, 2023**. Upon its completion, the parties shall promptly notify the Court as to whether any live dispute remains in this case.

**IT IS SO ORDERED.**

February 15, 2023

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge